IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD S. NEWMAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3431

_____/

Opinion filed July 12, 2016.

An appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

Nancy A. Daniels, Public Defender, M. J. Lord, Assistant Public Defender, for
Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy, Assistant Attorney General,
for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.